Page 1 of  1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.   **CASE NO. 3:05cr71/MCR/EMT**

**CHRISTOPHER SCOTT WEAVER**

_____/

### O R D E R

On August 8, 2006, defendant filed a document entitled "Petition for a Court Order to Enforce the Sentence Judgment as Imposed on March 22, 2006." (Doc. 28).  By order dated August 16, 2006, the court referred the matter to the magistrate judge for further action.  (Doc. 29).  The magistrate judge thereafter directed the clerk to open a separate case under 28 U.S.C. § 2241, which now appears on the docket as Case No. 3:06cv356/MCR/EMT.

Upon further consideration, the court directs that its August 16, 2006, order be vacated, and that Case No. 3:06cv356/MCR/EMT be administratively terminated.  No further action shall be taken by the court with respect to defendant's submission, which shall not be treated as a pending petition or motion.  The Federal Public Defender's Office is, however, directed to confer with defendant regarding the subject of defendant's request and take such action on his behalf as may be warranted.

The clerk shall file a copy of this order in Case No. 3:06cv356/MCR/EMT and take action as indicated above.

**DONE and ORDERED** this 25th  day of August, 2006.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com